**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| MARIA L. MENDOZA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | NO. CIV-11-583-D |
| ) | |
| CATERPILLAR, INC., ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATION OF CONSTITUTIONAL QUESTION**

Upon review of Defendant's Notice of Constitutional Question [Doc. No. 51], the Court hereby certifies to the Oklahoma Attorney General that the constitutionality of Okla. Stat tit. 23, § 9.1 has been questioned by Defendant in this action. Pursuant to Rule 5.1(c), Fed. R. Civ. P., the Attorney General may intervene within 60 days after the January 16, 2013 filing of Defendant's Notice.

The Clerk of Court shall send a copy of this Certification to the Oklahoma Attorney General either by certified or registered mail or by transmission to an electronic address designated by the Oklahoma Attorney General for this purpose.

Dated this 16th day of January, 2013.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE